# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff           )<br>                                      )<br>       vs.                         )<br> Josue Gonzalez-Zamora )<br>                                      )<br>                                      )<br>            Defendant(s)      ) | CRIMINAL NO. 08mj1651<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Francisco Javier Chavez-Camarena
(m/w not arraigned — not in usms custody)

DATED: 6-10-08

**JAN M. ADLER**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  OR
              DUSM

W. SAMUEL HAMRICK, JR.  Clerk
                    by _____
                         Deputy Clerk    R. Rhone