**FILED**
JUN 10 2008
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08cr1875-W |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 8, U.S.C., |
| JOSUE GONZALEZ-ZAMORA, t/n Marcos Gonzalez-Zamora, | Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| Defendant. | |

The United States Attorney charges:

On or about May 22, 2008, within the Southern District of California, defendant JOSUE GONZALEZ-ZAMORA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jorge Luis Flores-Manzano, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: June 10, 2008.

KAREN P. HEWITT
United States Attorney

for JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:lg:San Diego
5/29/08