AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

JOSUE GONZALEZ-ZAMORA

CASE NUMBER: 08cr1875-W

I, JOSUE GONZALEZ-ZAMORA, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on _____6/10/08_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X marcos Gonzales zamora
Defendant

Defense Counsel

Before _____
Judicial Officer

FILED

JUN 10 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY